268 F.2d 214
 TRANS WORLD AIRLINES, INC., Appellant,
v.
AIR LINE PILOTS ASSOCIATION INTERNATIONAL, etc., et al.
 No. 16219.
 United States Court of Appeals Eighth Circuit.
 June 17, 1959.
 
 1
 Appeal from the United States District Court for the Western District of Missouri.
 
 
 2
 Harold L. Warner, Jr., New York City, Harry L. West and Dick H. Woods, Kansas City, Mo., for appellant.
 
 
 3
 Henry Weiss, New York City, and Roy K. Dietrich, Kansas City, Mo., for appellees.
 
 
 4
 Appeal from District Court dismissed at costs of appellant, on motion of appellant and consent of appellees.